IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-926-SLR |
| HI-TECH PHARMACAL CO., INC., | ) ) | |
| Defendant. | ) | |
| | | |
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-1059-SLR |
| HI-TECH PHARMACAL CO., INC., | ) ) | |
| Defendant. | ) | |
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-271-SLR (Consol.) |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs Senju Pharmaceutical Co., Ltd., Kyorin Pharmaceutical Co., Ltd., and Allergan, Inc. (collectively, "Plaintiffs") and Defendant Hi-Tech Pharmacal Co., Inc. ("Hi-Tech") state the following:

WHEREAS, by order dated August 5, 2011, the Court consolidated for all purposes Civil Action Nos. 11-271-SLR (the "11-271 action") and 11-439-SLR, with the 11-271 action to serve as the lead case;

WHERAS, on October 11, 2011, Plaintiffs filed Civil Action No. 11-926-SLR against Hi-Tech.

WHEREAS, on October 31, 2011, Plaintiffs filed Civil Action No. 11-1059-SLR against Hi-Tech;

WHEREAS, these actions involve parties, claims, and defenses at issue in the 11-271 action;

WHEREAS, Lupin Limited and Lupin Pharmaceuticals, Inc., the additional parties in the 11-271 action, do not oppose consolidation;

WHEREAS, consolidation of these actions into the 11-271 action will promote efficiency, conserve resources, avoid duplicative judicial efforts, not prejudice any party, and not delay the trial of the 11-271 action;

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that Civil Action Nos. 11-926-SLR and 11-1059-SLR are consolidated for all purposes with Civil Action 11-271 (Consol.). The 11-271 action shall be the lead case, and all filings shall be made only in the 11-271 action.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (No.1014)<br>Maryellen Noreika (No. 3208)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Karen E. Keller (No. 4489)<br>Jeffrey T. Castellano (No. 4837)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 476-2050<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com |
| *Attorneys for Plaintiffs Senju Pharmaceutical Co., Ltd., Kyorin Pharmaceutical Co., Ltd., and Allergan, Inc.* | *Attorneys for Defendant Hi-Tech Pharmacal Co., Inc.* |

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips, Jr.*
_____
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendants*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

Dated: January 26, 2012

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-926-SLR |
| HI-TECH PHARMACAL CO., INC., | ) ) | |
| Defendant. | ) ) | |
| | | |
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-1059-SLR |
| HI-TECH PHARMACAL CO., INC., | ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

At Wilmington this _____ day of _____, 2012, the Court having considered the parties' stipulation to consolidate these actions with Civil Action No. 11-271-SLR (the "11-271 action");

IT IS ORDERED that Civil Action Nos. 11-926-SLR and 11-1059-SLR are consolidated for all purposes with the 11-271 action. The 11-271 action shall be the lead case, and all filings shall be made only in the 11-271 action. The case caption shall be as follows:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 11-271-SLR (Consol.) |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., | )<br>)<br>) | |
| Defendants. | )<br>) | |

| | | |
|---|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>)<br>) | |
| HI-TECH PHARMACAL CO., INC., | )<br>) | |
| Defendant. | )<br>) | |

 

_____
United States District Judge