# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO. LTD. KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 11-0271 (SLR/MPT) (Consolidated) |
| SENJU PHARMACEUTICAL CO., LTD. KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HI-TECH PHARMACAL CO., INC., <br><br> Defendants. | |

## DEFENDANTS' NOTICE OF DEPOSITION OF DR. VALENTINO J. STELLA

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 26 and 30 and the Local Court Rules for the United States District Court for Delaware, Defendants and Counter-Claimants Lupin Pharmaceuticals, Inc. ("LPI") and Lupin Limited ("Lupin Ltd.") and Hi-Tech Pharmacal Co., Inc., ("Hi-Tech") (collectively, "Defendants") will take the deposition upon oral examination of Dr. Valentino J. Stella beginning at 9:00 am on November 19, 2012, at the Springhill Suites, located at One Riverfront Plaza, Lawrence, Kansas, 66044, and continuing

thereafter on November 20, 2012, or until completed. Defendants request that any documents not previously produced but used by Plaintiffs in connection with the noticed deposition be produced at least 5 days prior to the deposition. The deposition shall be for all allowable purposes.

The deposition shall be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of the United States District Court for the District of Delaware, and will continue from day to day until completed or until adjournment by the parties.

The oral examination shall be conducted before a court reporter, notary public, or other officer authorized to administer oaths under law. The deposition will be recorder by stenographic, audio, audiovisual, video, and/or real-time computer means. You are invited to attend and examine the deponent in accordance with the Federal Rules and applicable Local Rules of the United States District Court for the District of Delaware.

Dated: November 12, 2012

Respectfully submitted,

/s/ Karen E. Keller
John W. Shaw (Bar No. 3362)
Karen E. Keller (Bar No. 4489)
Jeffrey T. Castellano (Bar No. 4837)
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
Tel. (302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
jcastellano@shawkeller.com

*Counsel for Hi-Tech Pharmacal Co., Inc.*

/s/ Megan C. Haney
John C. Phillips, Jr. (Bar No. 110)
Megan C. Haney (Bar No. 5016)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Tel. (302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

and

William A. Rakoczy
Paul J. Molino
Neal A. Benchall
Anuj K. Wadhwa
John D. Polivick
Harven V. DeShield
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Telephone: (312) 222-6301
wrakoczy@rmmslegal.com

paul@rmmslegal.com
nbenchell@rmmslegal.com
awadhwa@rmmslegal.com
hdeshield@rmmslegal.com

*Counsel for Lupin Ltd. and Lupin Pharmaceutical, Inc.*