# SHAW KELLER LLP

Karen E. Keller
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

January 24, 2013

**BY HAND DELIVERY & CM/ECF**
The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *Senju Pharmaceutical Co. Ltd. et al. v. Lupin Limited et al.*,
C.A. No. 11-271-SLR-MPT

Dear Judge Robinson:

Pursuant to the Court's direction, I write on behalf of all parties in the above captioned matter to enclose Lupin Ltd., Lupin Pharmaceuticals, Inc. (collectively "Lupin"), and Hi-Tech Pharmacal Co. Inc. ("Hi-Tech") (collectively "Defendants") deposition designations to be submitted on paper. (Ex. A). The "yellow-highlighted" text includes Defendants' deposition-designations for entry on the public trial record. The "light-green-highlighted" text are Defendants-deposition designations to which Plaintiffs have objected to and seek a ruling from the Court on the admissibility of that specific testimony.

Excerpts of the Lin testimony are objected to for the reasons stated in the deposition designations where highlighted light-green: 33:20-22 (outside scope of 30(b)(6), calls for legal conclusion based on claim construction as the phrase "corneal permeability" is part of the preamble which requires increased gatifloxacin concentration in the aqueous humor, and thus relates specifically to in vivo tests); 34:4-5 (outside scope of 30(b)(6), calls for legal conclusion based on claim construction); 39:20-21 (calls for a legal conclusion); 40:22-23 (calls for a legal conclusion); 42:7-12 (calls for a legal conclusion).

The Inada testimony from 2009 highlighted in light-green is objected to as irrelevant where directed to the original '045 patent. (Inada, 74:21-75:1; 75:12-15; 75:19-21).

Additionally, through the attached deposition designations, the parties agree to enter the following exhibits:

DTX249 and accompanying translation at DTX249-TR
DTX251 and accompanying translation at DTX251-TR
DTX254 and accompanying translation at DTX254-TR

The parties are discussing a post-trial briefing schedule and will submit to the Court an agreed upon schedule once it is finalized by the parties.

SHAW KELLER LLP
Page 2

      Respectfully submitted,

      */s/ Karen E. Keller*

      Karen E. Keller (No. 4489)

cc: All counsel of record (by email)

Enclosure (filed separately under seal)