IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD., AND ALLERGAN, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 11-271-SLR (Consol.) |
| LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD., AND ALLERGAN, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| HI-TECH PHARMACAL CO., INC., | ) ) | |
| Defendants. | ) | |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the opinion and order of August 9, 2013;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in

favor of defendants Lupin Limited, Lupin Pharmaceuticals, Inc., and Hi-Tech Pharmacal

Co. Inc. as to the asserted claims of the '045 patent.

Dated:   8/9/2013

_____
United States District Judge

_____
(By) Deputy Clerk